TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: LEX-S-B

---

FROM: 20446009
TO:
SUBJECT: CHANGE OF ADDRESS
DATE: 01/21/2026 11:25:21 AM

RE: Rhonda Fleming v. _Keren Bien Galvan & Grunfeld_

No. _3:25-CV-10334-RFL_

Dear Clerk:

Please change my address to:

Rhonda Fleming #20446-009
FMC-Lexington, Satellite Camp
PO Box 14525
Lexington, KY 40512

**FILED**

JAN 28 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I have not received any mail or orders in this case since November 2025. If mail has been returned, please forward to me.

Thank You,

Rhonda Fleming

PS - Please note I did not receive the mail from your office until 1/15/26.

See attachment

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient
FIRST-CLASS MAIL
IMI
$001.03
12/08/2025 ZIP 95113
043M31257952
US POSTAGE

Rhonda Fleming ID: 20446-009
BOP Carswell FMC
PO Box 27137
Fort Worth, TX 76127

FCI Aliceville Mail Room
Date Rec'd 1-15-26
Time: 9am