UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rhonda Fleming

Plaintiff,

v.

Rosen Bien Galvan & Grunfeld

Defendant(s).

CASE NUMBER 3:25-cv-10334-RFL

PRISONER'S APPLICATION AND
DECLARATION TO PROCEED
IN FORMA PAUPERIS

FILED
JAN 28 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, (print your name) Rhonda Fleming, declare under penalty of perjury that I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof.

In support of this application, I provide true, correct and complete answers to all of the following questions:

1. Are you presently employed in prison? ☐ Yes ☒ No

   The number of hours you work per week: ___0___ The hourly rate of pay: ___0___

2. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or self-employment                                $ 0
   b. Income from rent, interest or dividends                                $ 0
   c. Pensions, annuities or life insurance payments                         $ 0
   d. Disability, Social Security or other government source                 $ 0
   e. Gifts or inheritances                                                  $ 2500
   f. Describe any other source of income: Settlement                        $ 5,000

3. List the amount for each of the following (include prison account funds):

   Cash on hand $ 4950.00    Checking account $ 0    Savings account $ 0

4. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   If Yes, describe the property and state its approximate value:

   ☐ Yes
   ☒ No                                                                      $

*Prisoner IFP, rev. 12/4/2023*

5. Do you have any other assets?

   If Yes, list the asset(s) and the approximate value:

   ☐ Yes

   ☒ No (crossed out)

6. Does anyone depend upon you for financial support?

   If Yes, state their relationship to you, and indicate how much you contribute towards their support each month. Use initials (not names) to refer to minor children.

   ☐ Yes

   ☒ No (crossed out)

*This form must be dated and signed below for the court to consider your application.*

I hereby authorize the institution having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the court. Additionally, once eligibility is established, I further authorize the institution having custody of me to collect from my trust account and forward to the court payments in accordance with 28 U.S.C. § 1915(b)(2).

_[signature]_  |  20446-009  |  1/22/26
Signature of Plaintiff/Petitioner  |  Prisoner Number  |  Date

---

## CERTIFICATION FOR PRISONERS *NOT* IN CDCR CUSTODY

CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT
(to be completed by authorized officer)

*[handwritten: None available See attachment]*

I certify that <u>attached hereto is a true and correct copy of the prisoner's trust account statement</u> showing the transactions of _____ for the last six months at
                                                PRISONER'S NAME
_____, where (s)he is confined.
NAME OF NON-CDCR INSTITUTION

_____    _____    _____
Signature of Authorized Officer    Officer's Name (printed)    Date

*Prisoner IFP, rev. 12/4/2023*

Date:  01/22/2026  
Time:  11:37:30 AM  
Location: LEX

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 20446009    Inmate Name: FLEMING, RHONDA ANN    Available Balance: **$4,792.09**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 12/22/2025 | 99 | Sales | | -$118.60 |
| 12/21/2025 | TL1221 | TRUL Withdrawal | | -$15.00 |
| 12/21/2025 | TL1221 | TRUL Withdrawal | | -$15.00 |
| 12/16/2025 | 11 | Sales | | -$2.85 |
| 12/16/2025 | 10 | Sales | | -$126.55 |
| 12/16/2025 | TX121625 | Transfer - In from TRUFACS | | $405.00 |
| 12/16/2025 | TX121625 | Transfer - Out to TRUFACS | | -$405.00 |
| 12/16/2025 | 136-C | Court Fees | | $405.00 |
| 12/12/2025 | 6ICP1225 | Inmate Co-pay | | -$2.00 |
| 12/09/2025 | TL1209 | TRUL Withdrawal | | -$30.00 |
| 12/09/2025 | 27 | Sales | | -$96.80 |
| 12/05/2025 | 179757 | Self Surrender | UNKNOWN | $49.08 |
| 12/05/2025 | 565 | Bills | | -$250.00 |
| 12/05/2025 | 565 | BP 199 Request - Released | | $250.00 |
| 12/05/2025 | TL1205 | TRUL Withdrawal | | -$30.00 |
| 12/04/2025 | 50 | Sales | | -$153.60 |
| 12/04/2025 | 70147001 | Lockbox - CD | DREMANN | $624.31 |
| 12/02/2025 | 565 | BP 199 Request | | -$250.00 |
| 12/01/2025 | TL1201 | TRUL Withdrawal | | -$30.00 |
| 12/01/2025 | TL1201 | TRUL Withdrawal | | -$5.00 |
| 12/01/2025 | TL1201 | TRUL Withdrawal | | -$5.00 |
| 11/26/2025 | TL1126 | TRUL Withdrawal | | -$30.00 |
| 11/26/2025 | 15 | Sales | | -$14.20 |
| 11/26/2025 | 14 | Sales | | -$90.70 |
| 11/26/2025 | 13 | Sales | | -$253.55 |
| 11/26/2025 | TX112625 | Transfer - In from TRUFACS | | $5,100.25 |
| 11/26/2025 | TX112625 | Transfer - Out to TRUFACS | | -$5,100.25 |
| 11/26/2025 | TFN1126 | Phone Withdrawal | | $5.08 |

Inmate #: 20446009