UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHONDA FLEMING,

Plaintiff,

v.

ROSEN, BIEN, GALVAN & GRUNFELD LLP, et al.,

Defendants.

Case No. 25-cv-10334-RFL (PR)

**ORDER CLARIFYING MOTION SCHEDULE;**

**ORDER DENYING MOTION FOR A SPEEDY HEARING**

Dkt. Nos. 40 and 42

Defendants' motion to clarify or modify the motion briefing schedule is GRANTED. (Dkt. No. 42.) Defendants have filed a motion to dismiss, which "if granted, would dispose of all claims against all defendants." (*Id.* at 2.) Defendants wish to preserve their right to file a motion for summary judgment should the dismissal motion be denied. (*Id.*) If the motion to dismiss is denied, the Court will set a new briefing schedule for a summary judgment motion. There is at present no need to set such a schedule, as the motion to dismiss is pending.

Plaintiff Fleming's motion for a speedy hearing under Rule 57 on her declaratory relief claim is DENIED. (Dkt. No. 40.) Fleming has not identified any reason for urgency or that she would be prejudiced if she is not granted a speedy hearing. *Allergan, Inc. v. Valeant Pharm. Int'l, Inc.*, No. SACV 14-1214 DOC (ANx), 2014 WL 4181457, at *2-*3 (C.D. Cal. Aug. 21, 2014). Furthermore, as defendants note in their opposition, their motion to dismiss, if granted, will dispose of all claims, including those for declaratory relief. Fleming's declaratory relief

claim will be considered when the Court addresses the dismissal motion. No basis has been established to expedite proceedings.

The Clerk shall terminate Dkt. Nos. 40 and 42.

**IT IS SO ORDERED.**

**Dated:** August 17, 2026

RITA F. LIN
United States District Judge